UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
DENISE G. TIERNAN,

                Plaintiff,        Civil Action No.:
                                08-CV-

  -against-                 **RULE 7.1 DISCLOSURE**

CONTROL BUILDING SERVICES, INC., SIMON
PROPERTY GROUP, INC. and SIMON PROPERTY
GROUP, L.P.,

                Defendants.
------------------------------------------X

    Pursuant to Federal Rule 7.1 of this Court, defendants, SIMON PROPERTY GROUP, INC. and SIMON PROPERTY GROUP, L.P., by their attorneys, Simmons, Jannace & Stagg, L.L.P., submit the following identification of any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation:

                                None

Dated:    Syosset, New York
           February 12, 2008

                                Yours, etc.,

                                SIMMONS, JANNACE & STAGG, L.L.P.

                                By_____
                                  MICHAEL D. KERN (mk 9573)
                              Attorneys for Defendants/Petitioners
                              CONTROL BUILDING SERVICES, INC.,
                              SIMON PROPERTY GROUP, INC. and
                              SIMON PROPERTY GROUP, L.P.
                              **Office & P.O. Address:**
                              75 Jackson Avenue
                              Syosset, New York  11791-3139
                              (516) 357-8100

TO:  ALPERT & KAUFMAN, LLP
     Attorneys for Plaintiff
     DENISE G. TIERNAN
     **Office & P.O. Address:**
     The Woolworth Building
     233 Broadway - Suite 707
     New York, New York 10279
     (212) 349-2000

Rule 7.1-Simon Defs