**CERTIFICATE OF SERVICE**

Re:   DENISE G. TIERNAN v. CONTROL BUILDING SERVICES, INC., SIMON
      PROPERTY GROUP, INC. and SIMON PROPERTY GROUP, L.P.
      Stein, J.
      Peck, M.J.
      Civil Action No.: 08 Civ. 1633 (SHS) (AJP)

STATE OF NEW YORK    )
                     ss.:
COUNTY OF NASSAU     )

    I, Janet L. Corsie, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **DEFENDANTS CONTROL BUILDING SERVICES, INC., SIMON PROPERTY GROUP, INC. and SIMON PROPERTY GROUP, L.P.'s RULE 7.1 DISCLOSURES** was made February 20, 2008 by:

X   Mail service: Regular first class United States mail, postage fully pre-paid, addressed to:

Under penalty of perjury, I declare that the foregoing is true and correct.

    ALPERT & KAUFMAN, LLP
    Attorneys for Plaintiff
    DENISE G. TIERNAN
    **Office & P.O. Address:**
    The Woolworth Building
    233 Broadway - Suite 707
    New York, New York 10279
    (212) 349-2000

                                      /s/ Janet L. Corsie
                                          Janet L. Corsie

Sworn to before me on this
20th day of February, 2008.

/s/ Josephine Riselvato
Notary Public, State of New York
No. 01R16169418
Qualified in Suffolk County
Commission Expires June 25, 2011

SIMMONS, JANNACE & STAGG, L.L.P.
75 Jackson Avenue
Syosset, New York 11791-3139
(516) 357-8100